UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| VAUGHN R. PRIESTER, II, | ) | Case No. 08-45409-659 |
| | ) | Judge Kathy A. Surratt-States |
| Debtor. | ) | Chapter 7 |
| | ) | |
| CHARLES W. RISKE, TRUSTEE, | ) | **Adversary No. 10-04286-659** |
| | ) | |
| Plaintiff, | ) | **PUBLISHED** |
| | ) | |
| v. | ) | |
| | ) | |
| BARBARA J. HESTERBERG, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Plaintiff's Motion for Summary Judgment is GRANTED; and,

**IT IS FURTHER ORDERED THAT** the judgment on the Complaint is entered in favor of Charles W. Riske, Chapter 7 Trustee, Plaintiff, and against Barbara J. Hesterberg, Defendant, in the amount of $15,025.00; and this is the final judgment and Order of the Bankruptcy Court in this case.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: February 28, 2011
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Charles W. Riske
Trustee
231 S. Bemiston, Suite 1220
Clayton, MO 63105

Thomas H. Riske
Lathrop & Gage, LLP
7701 Forsyth Blvd., Suite 400
Clayton, MO 63105

Barbara J. Hesterberg
32366 N. State Highway 47
Warrenton, MO 63383